UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEAM ACCESSIBILITY GROUP, INC.,
and DOUG WILDER,

    Plaintiffs,

v.                                              CASE NO: 8:04-cv-1820-T-23MSS

T.M. MEGAS, L.C., d/b/a/ Spy Glass Resort,

    Defendant.
_____/

**ORDER**

The parties' stipulation (Doc. 23) for dismissal with prejudice is **APPROVED**. Pursuant to Rule 41, Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on July 21, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge